No. 02–10688. FLORES-FLORES v. UNITED STATES; HERNANDEZ PRADO v. UNITED STATES; LARA-QUINTANILLA v. UNITED STATES; SOLARES-CUBA v. UNITED STATES; GARCIA-SANCHEZ v. UNITED STATES; ROSALES v. UNITED STATES; RODRIGUEZ-PEREZ v. UNITED STATES; and MONDRAGON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10698. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10699. MILLS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10706. DAVIS, AKA SWANSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–712. PATTEN v. WAL-MART STORES EAST, INC. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–1485. TOWN OF MIDDLEBURY, CONNECTICUT, ET AL. v. GOODRICH CORP., FKA B. F. GOODRICH CO., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–1339. ILLINOIS v. COX. App. Ct. Ill., 5th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–1425. BELL, WARDEN v. HOUSE. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–10105 (02A949). HILL v. HILL ET AL. Sup. Ct. N. C. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied. Certiorari denied.

No. 02–1194. CAMPBELL v. FLORIDA DEPARTMENT OF CORRECTIONS, 538 U. S. 978;

No. 02–1259. STEVENS v. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT, 538 U. S. 979;

No. 02–1296. BROWN, SPECIAL REPRESENTATIVE FOR REEVES, DECEASED v. MUND ET AL., 538 U. S. 979;

No. 02–8686. BEGOVIC v. CITY OF DOVER, NEW HAMPSHIRE, 538 U. S. 949;

No. 02–8964. SLATE v. BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, 538 U. S. 982;

No. 02–8984. SWAFFORD v. FLORIDA, 538 U. S. 982;

No. 02–9029. VAUGHN v. MONEY, WARDEN, 538 U. S. 984;

No. 02–9110. DRAGER v. ILLINOIS, 538 U. S. 986;

No. 02–9224. BENJAMIN-ANDERSON v. FLORIDA POWER CORP. ET AL., 538 U. S. 1003; and

No. 02–9593. BOYD v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL., 538 U. S. 1018. Petitions for rehearing denied.

No. 02–889. CRUMP v. UNITED STATES ET AL., 538 U. S. 922; and

No. 02–8084. JOHNSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 537 U. S. 1206. Motions for leave to file petitions for rehearing denied.

JUNE 17, 2003

No. 02–6980. STOKES, AKA MUHAMMED v. UNITED STATES PAROLE COMMISSION. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.

No. 02–11122 (02A1047). MARTIN v. MITCHELL, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

JUNE 19, 2003

No. 02–1674. MCCONNELL, UNITED STATES SENATOR, ET AL. v. FEDERAL ELECTION COMMISSION ET AL.;